WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Shaun Carlos Valenzuela,<br><br>Defendant. | No. CR-09-27-01-PHX-SRB<br>CR-09-28-02-PHX-SRB<br>CR-09-30-02-PHX-SRB<br><br>**ORDER OF DETENTION** |

Detention and a preliminary revocation hearings on the Petitions were held on July 3, 2018.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived his right to the detention and a preliminary revocation hearings and has consented to the issue of detention being made based upon the allegations in the Petitions.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 6th day of July, 2018.

Honorable John Z. Boyle
United States Magistrate Judge